ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAY - 4 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAURUS DAVON MILLER, | Case No. CV 09-02819 ODW (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| SHERIFF LEROY BACA, et al., | |
| Respondents. | |

IT IS HEREBY ADJUDGED that this action is denied and dismissed without prejudice for the reasons set forth in the related Order.

DATED: May 4, 2009

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 5 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY